UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CR-19 |
| | ) | (JARVIS/GUYTON) |
| GERALD THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the following motions by the defendant, all of which were filed on July 5, 2005:

(1) Motion to Suppress Evidence [Doc. 30];

(2) Motion to Suppress Statements [Doc. 31];

(3) Defendant's Request for Notice by the United States
Pursuant to Fed. R. Crim. Pro. 12(b)(4)(B) of Its Intention to
Use Evidence [Doc. 32];

(4) Motion for Disclosure of Rule 404(b) Evidence [Doc. 34];
and

(5) Motion for Bill of Particulars [Doc. 36].

On September 8, 2005, the defendant entered a plea of guilty before District Judge Thomas

1

W. Phillips. Accordingly, the defendant's motions [**Docs. 30, 31, 32, 34,** and **36**] are

**DENIED as moot**.

        **IT IS SO ORDERED.**

                        ENTER:

                                 s/ H. Bruce Guyton
                        United States Magistrate Judge